**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

BENJAMIN HENDREN,

    Plaintiff,

       v.

JOHN PATTON, et al.,

    Defendants.

Civil Action File
No. 1:24-cv-2921-TWT

## NOTICE OF APPEAL

Plaintiff Benjamin Hendren hereby files this notice of appeal to the United States Court of Appeals for the Eleventh Circuit. *See* Fed. R. App. P. 3. Plaintiff appeals the judgment entered on June 10, 2026. *See* Doc. 87.

**RESPECTFULLY SUBMITTED**, this the 8th day of July, 2026.

*/s/ Andrew Canter*
Andrew Canter
Georgia Bar No. 365212
Zack Greenamyre
Georgia Bar No. 293002
Samantha Funt
Georgia Bar No. 943783

**MITCHELL SHAPIRO**
**GREENAMYRE & FUNT, LLP**
881 Piedmont Avenue NE
Atlanta, Georgia 30309
Phone: 404-812-4747
Fax: 404-812-4740
andrew@mitchellshapiro.com
zack@mitchellshapiro.com
sam@mitchellshapiro.com

-2-

Gerald Weber
Georgia Bar No. 744878

**LAW OFFICES OF GERRY WEBER, LLC**
Post Office Box 5391
Atlanta, GA 31107
404-522-0507
wgerryweber@gmail.com

## <u>CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE</u>

I certify that in accordance with Local Rule 5.1A, I have this date electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notice of same to all attorneys of record.

I further certify that the foregoing has been prepared in accordance with Local Rule 5.1(B) and is in a 13-point Century Schoolbook font.

This the 8th day of July, 2026.

*/s/ Andrew Canter*
Georgia Bar No. 365212

-2-